UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(Western Division)

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SOUTH GATE, CALIFORNIA,<br><br>Defendant. | Case No. 2:21-cv-07631-JVS-KS<br><br>**ORDER ON STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff New Cingular Wireless PCS, LLC (d/b/a AT&T Mobility) ("AT&T") and Defendant City of South Gate (the "City") stipulate the above-captioned matter shall be dismissed with prejudice.

Dated:  March 22, 2022          AT&T Services, Inc. Legal Dept.

By: /s/ Raymond P. Bolaños
_____
Raymond P. Bolaños
Attorneys for Plaintiff
430 Bush Street, 6th Floor
San Francisco, CA 94108

///

///

///

Stipulation of Dismissal
2:21-cv-07631-JVS-KS

-2-

Dated: March 22, 2022                City of South Gate, California

                                     /s/  Raul F. Salinas
                                By:  _____
                                     Raul F. Salinas, Specially Appearing
                                     Attorney for Defendant
                                     8650 California Avenue
                                     South Gate, CA  90280

IT IS SO ORDERED.

Dated: March 23, 2022                _____
                                     Judge James V Selna